No. 80–5780. IN RE BEACH. Petition for writ of habeas corpus denied.

No. 80–608. UNITED STATES POSTAL SERVICE v. COUNCIL OF GREENBURGH CIVIC ASSNS. ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted.

No. 80–202. AMERICAN EXPRESS CO. v. KOERNER. C. A. 5th Cir. Certiorari granted.

No. 80–544. FIRST NATIONAL MAINTENANCE CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari granted.

No. 79–1180. DUPLANTIER ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1841. GRANDDAD BREAD, INC. v. CONTINENTAL BAKING CO. C. A. 9th Cir. Certiorari denied.

No. 79–2065. HORWITZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–227. COLE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 80–302. KIMPEL v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.